UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


KLAMATH TRIBES OF OREGON,
MILLER ANDERSON, JOSEPH HOBBS,
CATHERINE WEISER-GONZALEZ,
ROBERT ANDERSON, JOSEPH KIRK,
ORIN KIRK, LEONARD NORRIS, JR.,
PHILIP TUPPER, ROBERT BOJORCAS,
and KLAMATH CLAIMS COMMITTEE,

          **Plaintiffs,**

       v.                                        **Civil No. 04-644-CO**

PACIFICORP, an Oregon corporation,

          **Defendant.**
_____

## JUDGMENT

    This action is dismissed.

    Dated: July 14, 2005.


                              Donald M. Cinnamond, Clerk


          by:    /s/ Leslie Engdall
                  Leslie Engdall, Deputy


**JUDGMENT**                                      **DOCUMENT NO: _____**